7 A.3d 779

IN THE MATTER OF GARY T. JODHA, AN ATTORNEY
AT LAW (ATTORNEY NO. 019241983).

December 1, 2010.

**ORDER**

The Disciplinary Review Board having filed with the Court its decision in DRB 10–173, concluding that **GARY T. JODHA** of **PRINCETON JUNCTION,** who was admitted to the bar of this State in 1983, should be reprimanded for violating *RPC* 1.3 (lack of diligence);

And the Court having determined from its review of the matter that a censure is the appropriate quantum of discipline for respondent's unethical conduct;

And good cause appearing;

It is ORDERED that **GARY T. JODHA** is hereby censured; and it is further

ORDERED that the entire record of this matter be made a permanent part of respondent's file as an attorney at law of this State; and it is further

ORDERED that respondent reimburse the Disciplinary Oversight Committee for appropriate administrative costs and actual expenses incurred in the prosecution of this matter, as provided in *Rule* 1:20–17.